# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

A.D. ARMSTRONG,  
    Plaintiff

vs

TIM BRUNSMAN, et al.,  
    Defendants

Case No. 1:12-cv-132

Spiegel, J.  
Bowman, M.J.

**ORDER**

    The Clerk's Office has informed the Court that in accordance with Orders issued February 22 and April 5, 2012 (*see* Docs. 5, 10), plaintiff has submitted the summons and United States Marshal forms required for service of process on each named defendant, as well as three additional summons forms for defendants not yet named on the case.  The undersigned understands that plaintiff has identified the three "John Doe" defendants in the additional summons forms he provided.

    It is, therefore, hereby **ORDERED** that plaintiff shall file an amended complaint within **fifteen days** of the date of filing of this Order, identifying the three individuals named as "John Doe" defendants in the original complaint.  The Court will order service of process on the defendants after plaintiff has filed the amended complaint naming the "John Doe" defendants as ordered herein.

    **IT IS SO ORDERED.**

                                  /s/ *Stephanie K. Bowman*  
                                  United States Magistrate Judge